**FILED**

12/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0668

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NO. DA 24-0668

TRISTIN FAHRNOW,

     Appellant,

v.

E-5 OILFIELD SERVICES, LLC and
EIKER, INC.,

     Appellees.

**ORDER GRANTING
APPELLANT'S UNOPPOSED
MOTION FOR EXTENSION OF
TIME**

Upon review of Appellant's Unopposed Motion for Extension of Time and good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED. Appellant shall file his Opening Brief on or before January 21, 2025.

ELECTRONICALLY SIGNED AND DATED BELOW.

cc:    Ian P. Gillespie
       Jesse Myers
       Ryan P. Browne/Amanda G. Hunter
       Martha Sheehy
       Michael Manning

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 5 2024